[No. 2633-1.   Division One.   August 11, 1975.]

BETTY D. ANDERSON, *Appellant*, v. WILLIAM J. ANDERSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D-36304, Eugene G. Cushing, J. Pro Tem., entered November 2, 1973. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Andersen, J.

[No. 3172-1.   Division One.   August 11, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. THELMER JEROME HARSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 68133, Erle W. Horswill, J., entered June 19, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Andersen, J.

[Nos. 1530-2; 1531-2.   Division Two.   August 14, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. PAULINE JOHNSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1362, Terence Hanley, J., entered July 1, 1974. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Armstrong, C.J., and Pearson, J.

[No. 1477-2.   Division Two.   August 14, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM F. HULTENSCHMIDT, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 3920, Patrick McCabe, J., entered May 20, 1974. *Affirmed* by unpublished opinion per Bryan (A.C.J.), concurred in by Wiehl and Cochran, JJ. Pro Tem.